**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEVIN NOE BAUTISTA PINEDA,** | : | **No. 3:26cv1427** |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANGELA HOOVER Warden, Clinton** | : | |
| **County Correctional Facility;** | : | |
| **BRIAN MCSHANE Field Office** | : | |
| **Director, U.S. Immigration and** | : | |
| **Customs Enforcement and Removal** | : | |
| **Operations ("ICE/ERO"), Philadelphia** | : | |
| **Field Office; TODD LYONS, Acting** | : | |
| **Director of U.S. Immigration and** | : | |
| **Customs Enforcement ("ICE");** | : | |
| **MARKWAYNE MULLIN, Secretary of** | : | |
| **U.S. Department of Homeland** | : | |
| **Security ("DHS"); TODD BLANCHE** | : | |
| **Attorney General of the United** | : | |
| **States,** | : | |
| **Respondents** | : | |

**ORDER**

On May 7, 2026, Petitioner Levin Noe Bautista Pineda was taken into custody by Immigration and Customs Enforcement ("ICE") and detained at the Clinton County Correctional Facility in McElhattan, Pennsylvania. (Doc. 1, Pet. ¶¶ 4, 15).  Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Id. ¶ 1).  On May 26, 2026, the Clerk of Court assigned this matter to the

undersigned.  Consequently, this **26th** day of May 2026, upon consideration of the Section 2241 petition, it is hereby **ORDERED** that:

1) The petition is deemed **FILED**;

2) The Clerk of Court is directed to serve a copy of the petition, any exhibits, and this order on the respondents and the United States Attorney for the Middle District of Pennsylvania;

3) Without expressing an opinion on jurisdiction or the merits of the claims, the court finds that a response is required and issues this order to show cause;

4) On or before **June 2, 2026**, respondents shall show cause why the petition should not be granted;

5) The response shall address all factual averments in Bautista Pineda's petition;

6) Bautista Pineda avers that he has resided in the United States since 2005. (Doc. 1, Pet. ¶ 13).  The response shall include petitioner's full alien file (A-file) from DHS.  In lieu of the full A-file, the government shall include <u>all</u> documents within its possession, custody, or control which reflect any asserted reason for his continued detention;

7) Petitioner, if desired, may file a reply (traverse) on or before **June 9, 2026**; and

8) A determination as to whether the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response.

BY THE COURT:

_s/ Judge Munley_____
**JUDGE JULIA K. MUNLEY**
**United States District Court**